UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| JACOB CORY PENTON,<br>Institutional ID No. 82581-509<br><br>    Movant,<br><br>v.<br><br>MAGISTRATE JUDGE AMANDA<br>R. BURCH,<br><br>    Respondent. | No. 5:25-CV-00060-H |

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this petition for writ of mandamus is dismissed as moot.

Dated April 17, 2025.

              _____
              JAMES WESLEY HENDRIX
              United States District Judge